UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF )<br>**NICHOLAS CARTER AS RECEIVER** )<br>**FOR SUTTON, LTD AND WEMBLEY, LTD** )<br>Pursuant to 28 U.S.C. § 1782, )<br>For an Order to Obtain Discovery )<br>In Aid of a Foreign Proceeding )<br>                                                                          ) | Case No: 1:19-mc-00387-PGG |

## ORDER AUTHORIZING <u>DISCOVERY IN AID OF FOREIGN PROCEEDING</u>

**UPON** the Application for an Order to obtain discovery in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782, made by Applicant Nicholas Carter as Receiver for Sutton, Ltd and Wembley, Ltd, on August 19, 2019; the Declaration of Nicholas Carter, dated August 19, 2019, and the exhibits thereto; the Declaration of Sara-Jane Knock, dated August 19, 2019, and the exhibit thereto; the Declaration of Dean R. Nicyper, Esq., dated August 19, 2019, and the exhibit thereto; and the accompanying Memorandum of Law, and due cause having been presented, it is hereby

**ORDERED** that Nicholas Carter as Receiver for Sutton, Ltd and Wembley, Ltd is authorized to: (1) issue a subpoena duces tecum, substantially in the form of the proposed subpoena attached as Exhibit 1 to the Declaration of Dean R. Nicyper submitted in support of this Application, to Citi Private Bank, of Citibank, N.A.; and (2) to appoint his attorneys to issue and sign such a subpoena, and serve that subpoena in accordance with the Federal Rules of Civil Procedure.

Dated: June 11, 2020

By: _____
Hon. Paul G. Gardephe
United States District Judge